

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kody Douglas Taylor,

\* From the 42nd District
Court of Taylor County,
Trial Court No. 25441-A.

Vs. No. 11-14-00208-CR

\* October 23, 2014

The State of Texas,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.